Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

COPY

Dianna Hendrix

vs

The Law Office of David Sean Dufek

**SUMMONS IN A CIVIL ACTION**

Case No. ~~07v2419~~
07cv2419 WQH (BLM)

FILED

JAN 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

TO: (Name and Address of Defendant)

The Law Office of David Sean Dufek
2655 Camino Del Rio N, Suite 203
San Diego, CA 92108

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tammy Hussin
Weisberg & Meyers, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 10 2008
DATE

P. DE LA CRUZ
By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

COPY