Law Office of David Sean Dufek
David Sean Dufek, Esq. SBN 193723
Janet L. Dittberner, Esq. SBN 116776
2655 Camino Del Rio North Suite 110
San Diego, CA 92108
Telephone: (619) 299-1709
Facsimile: (619) 299-1951

FILED
08 MAR -6 PM 3:11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: cp DEPUTY

Defendant in pro per

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA HENDRIX,<br>Plaintiff,<br>v<br>DAVID SEAN DUFEK<br>Defendant, | 07 CV 2419 J BLM<br>**ANSWER** |

Defendant, DAVID SEAN DUFEK, in response to Plaintiffs unverified complaint, responds as follows:

1. Defendant has insufficient information to either admit or deny Plaintiffs allegations contained within paragraph 1 of the complaint, and on that basis, denies same.
2. Defendant has insufficient information to determine the proper venue of this action, and on that basis denies the allegations of paragraph 2 of the complaint.
3. Defendant has insufficient information to either admit or deny the residence address of Plaintiff, and on that basis, denies the allegation of paragraph 3 of the complaint relating to Plaintiffs address.
4. Defendant denies the allegations of paragraph 4 of the complaint.
5. Defendant admits contacting Plaintiff, however, Defendant has insufficient information to either admit or deny the allegation that the contacts were for the purpose of collecting on a debt, and on that basis, Defendant denies that allegation of Plaintiffs complaint.

David Sean Dufek, Esq.
2655 Camino Del Rio North Suite 110
San Diego, CA 92108
(619) 299-1709 fax (619) 299-1951

6. Defendant admits the allegation of Paragraph 6 of Plaintiffs complaint.

7. Defendant denies the allegation of Paragraph 7 of Plaintiffs complaint.

8. Defendant denies the allegation of Paragraph 8 of Plaintiffs complaint.

9. Defendant denies the allegation of Paragraph 9 of Plaintiffs complaint.

10. Defendant denies the allegations of Paragraph 10 of Plaintiffs complaint.

**FIRST AFFIRMATIVE DEFENSE**

11. The complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

12. The complaint fails to state facts sufficient to base jurisdiction pursuant to 28 U.S.C. Section 1331.

**THIRD AFFIRMATIVE DEFENSE**

13. Any damages or monetary loss which plaintiff may have sustained were caused in part, or were contributed to, by the culpable conduct and/or negligence of the plaintiff and therefore if plaintiff has suffered any damages, which Defendant denies, said damages are the fault of plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

14. Plaintiffs complaint is barred by the applicable statute of limitations.

**FIFTH AFFIRMATIVE DEFENSE**

15. Defendant fully complied with the statutes of the FDCPA.

**SIXTH AFFIRMATIVE DEFENSE**

16. None of the allegations of plaintiffs complaint give rise to a violation of Federal law.

**WHEREFORE**, Defendant DAVID SEAN DUFEK requests that this court dismiss plaintiffs complaint in its entirety, and grant all such other relief as this Court deems just.

Dated: 3/5/08 By: [signature]

David Sean Dufek, in pro per

David Sean Dufek, Esq.
2655 Camino Del Rio North Suite 110
San Diego, CA 92108
(619) 299-1709 fax (619) 299-1951

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Dianna Hendrix )
vs. )
David Sean Dufek )

Case No. 07 CV 2419

**DECLARATION OF SERVICE**

Person Served: Dianna Hendrix

Date Served: 03/06/08

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
Answer to complaint
in the following manner: (check one)

1) By personally delivering copies to the person served.

2) By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) x By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, CA on 3/06 , 2008 .

Executed on 3/6 , 2008 at San Diego, CA

[signature]

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)