**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001**
**866 565 1327 facsimile**
thussin@AttorneysForConsumers.com
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DIANNA HENDRIX**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LAW OFFICE OF DAVID SEAN DUFEK**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07cv2419-WQH (BLM)<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable William Q. Hayes and Honorable Barbara L. Major) |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendant comply with the terms of this settlement in a timely manner.

Respectfully submitted this 15th day of April, 2008

By: s/Tammy Hussin
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com

Attorney for Plaintiff

Filed electronically on this 15th day of April, 2008, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable William Q. Hayes
United States District Court
Southern District of California

Honorable Barbara L. Major
United States District Court
Southern District of California

David Sean Dufek
2655 Camino Del Rio # 110
San Diego CA 92108

This 15th day of April, 2008.

s/Tammy Hussin
Tammy Hussin