UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA HENDRIX,<br>Plaintiff,<br>v.<br>LAW OFFICE OF DAVID SEAN DUFEK,<br>Defendant. | Case No. 07cv2419-WQH (BLM)<br>**ORDER RESETTING SETTLEMENT DISPOSITION CONFERENCE** |

Due to a conflict on the Court's calendar, the Settlement Disposition Conference set for May 15, 2008 is continued to **May 20, 2008** at **9:00 a.m.** in Courtroom A.

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **May 12, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **May 12, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for the **May 20, 2008** Settlement Disposition Conference.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: April 18, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL