**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001**
**866 565 1327 facsimile**
thussin@AttorneysForConsumers.com
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DIANNA HENDRIX**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LAW OFFICE OF DAVID SEAN DUFEK**<br><br>**Defendant.** | Case No. 07cv2419-WQH (BLM)<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(Assigned to the Honorable William Q. Hayes and Honorable Barbara L. Major) |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that the parties hereby motion to the court that this matter be dismissed with prejudice. A proposed order has been concurrently submitted to this Court via email pursuant to this Court's order dated April 18th, 2008.

Respectfully submitted this 21st day of April, 2008

By: s/Tammy Hussin
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

By: s/David Sean Dufek
Law Offices of David Sean Dufek
2655 Camino Del Rio # 110
San Diego CA 92108
Defendant

Filed electronically on this 21st day of April, 2008, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable William Q. Hayes
United States District Court
Southern District of California

Honorable Barbara L. Major
United States District Court
Southern District of California

David Sean Dufek
2655 Camino Del Rio # 110
San Diego CA 92108

This 21st day of April, 2008.

s/Tammy Hussin
Tammy Hussin