**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DIANNA HENDRIX,

Plaintiff,

vs.

THE LAW OFFICE OF DAVID SEAN DUFEK,

Defendant.

CASE NO. 07cv2419 WQH (BLM)

**ORDER**

HAYES, Judge:

The Joint Motion to Dismiss with Prejudice (Doc. # 10) is **GRANTED.** The above-captioned action is **DISMISSED with prejudice.**

DATED: April 23, 2008

William Q. Hayes

**WILLIAM Q. HAYES**
United States District Judge